IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2147-JLK**

**THOMASETTA GARCIA,**

        Plaintiff,

v.

**MID-CENTURY INSURANCE COMPANY, a foreign insurance company,**

        Defendant.

## ORDER OF REMAND

Kane, J.

This matter is before me on a Notice of Removal filed by Defendant Mid-Century Insurance Co. (Mid-Century) (Doc. 1) and Plaintiff's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Remand (Doc. 4). Mid-Century seeks removal of Plaintiff's uninsured motorist claim from state to federal court, claiming the parties are citizens of different states and that the matter in dispute exceeds the sum or value of $75,000. Plaintiff denies her claim exceeds $75,000 in value, but suggests that if Mid-Century wants to agree that it is, judgment should enter in her favor in that amount because Mid-Century's liability on her uninsured motorist claim cannot reasonably be disputed. As tempting as that approach may be, I conclude that under *Martin v. Franklin Capital Corp.*, 251 F.3d 1284 (10th Cir. 2001), the record is inadequate to establish the necessary jurisdictional amount in controversy. Accordingly, Plaintiff's Motion for Remand is **GRANTED**. Plaintiff's request for judgment on the pleadings is **DENIED** as **MOOT.**

It is **ORDERED** that this case be **REMANDED** to the District Court for the City and County of Denver.

Dated this 3th day of November,2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court